NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SHELDON PETERS WOLFCHILD, ERNIE PETERS
LONGWALKER, SCOTT ADOLPHSON, MORRIS J.
PENDLETON, BARBARA FEEZOR BUTTES,
WINIFRED ST. PIERRE FEEZOR, AUTUMN
WEAVER, ARIES BLUESTONE WEAVER, ELIJAH
BLUESTONE WEAVER, RUBY MINKEL, LAVONNE
A. SWENSON, WILLIS SWENSON, AARON
SWENSON, BEVERLY M. SCOTT, LILLIAN
WILSON, MONIQUE WILSON, SANDRA
COLUMBUS GESHICK, CHERYL K. LORUSSO,
JENNIFER K. LORUSSO, CASSANDRA
SHEVCHUK, JASON SHEVCHUK,
JAMES PAUL WILSON, EVA GRACE WILSON,
BENITA M. JOHNSON, AND KEVIN LORUSSO,
*Plaintiffs-Cross Appellants,*

AND

ANITA D. WHIPPLE ET AL., DESCENDANTS OF
LUCY TRUDELL, BONNIE RAE LOWE, ET AL.,
DESCENDANTS OF JOSEPH GRAHAM, ET AL.,
LENOR ANN SCHEFFLER BLAESER ET AL.,
DESCENDANTS OF JOHN MOOSE,
AND MARY BETH LAFFERTY, ET AL.,
*Plaintiffs,*

AND

COURSOLLE DESCENDANTS AND ROCQUE AND
TAYLOR DESCENDANTS,

*Plaintiffs,*

AND

**DEBORAH L. SAUL, LAURA VASSAR, ET AL., LYDIA FERRIS ET AL., DANIEL M TRUDELL, ET AL., ROBERT LEE TAYLOR, ET AL., AND DAWN HENRY,**
*Plaintiffs,*

AND

**RAYMOND CERMAK, SR., (ACTING INDIVIDUALLY AND UNDER A POWER OF ATTORNEY FOR STANLEY F. CERMAK, SR.), MICHAEL STEPHENS, ET AL., JESSE CERMAK, ET AL., DENISE HENDERSON, DELORES KLINGBERG, SALLY ELLA ALKIRE, PIERRE ARNOLD, JR., AND GETRUDE GODOY ET AL.,**
*Plaintiffs,*

AND

**JOHN DOES 1-30, WINONA C. THOMAS ENYARD, AND KITTO, ET AL.,**
*Plaintiffs,*

AND

**FRANCINE GARREAU, ET AL.,**
*Plaintiffs,*

AND

**FRANCIS ELAINE FELIX,**
*Plaintiff,*

AND

**KE ZEPHIER, ET AL.,**

*Plaintiffs,*

AND

**LOWER SIOUX INDIAN COMMUNITY,**
*Plaintiff,*

AND

**PHILIP W. MORGAN,**
*Plaintiff,*

AND

**REBECCA ELIZABETH FELIX,**
*Plaintiff,*

AND

**VERA A. ROONEY, ET AL.,**
*Plaintiffs,*

AND

**DANNY LEE MOZAK,**
*Plaintiff-Cross Appellant,*

AND

**DAWN BURLEY, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**HARLEY ZEPHIER, SR.,**
*Plaintiff-Cross Appellant,*

AND

**JOHN DOES 1-433,**
*Plaintiffs-Cross Appellants,*

AND

## JULIA DUMARCE, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## RAYMOND COURNOYER, SR., ET AL., JERRY ROBINETTE, ET AL., SANDRA KIMBELL, ET AL., CHARLENE WANNA, ET AL., AND LESLIE LEE FRENCH, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## KRISTINE ABRAHAMSON,
*Plaintiff-Cross Appellant,*

AND

## VICTORIA ROBERTSON VADNAIS,
*Plaintiff-Cross Appellant,*

v.

## UNITED STATES,
*Defendant-Appellant.*

---

2012-5035, -5036, -5043

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2684 and 01-CV-0568, Judge Charles F. Lettow.

---

## ON MOTION

---

# ORDER

Victoria Roberson Vadnais moves to substitute Deryl Edwards as counsel of record for Royce Deryl Edwards, Jr. Julia Dumarce et al., Harley Zephier, Sr., and Vadnais move without opposition for an extension of time to file their response and principal brief. The United States moves to clarify the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The motion to substitute counsel is granted. New counsel for Victoria Roberson Vadnais must file an entry of appearance within 14 days of this order.

2) The motion for an extension of time is granted to the extent that the brief received December 3, 2012, is accepted for filing.

3) The motion to clarify the briefing schedule is granted to the extent that the United States' reply brief is due 21 days from the date of this order.

FOR THE COURT

**DEC 1 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Wood R. Foster, Jr., Esq.
Scott Allen Johnson, Esq.
Garrett J. Horn, Esq.
Jack E. Pierce, Esq.
Elizabeth T. Walker, Esq.
Nicole Nachtigal Emerson, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2012

JAN HORBALY
CLERK

Francis Elaine Felix
James Lawrence Blair, Esq.
Douglas R. Kettering, Esq.
Philip William Morgan
Rebecca Elizabeth Felix
Bernard Joseph Rooney, Esq.
Erick G. Kaardal, Esq.
Creighton A. Thurman, Esq.
Kelly Stricherz, Esq.
Larry B. Leventhal, Esq.
Robin L. Zephier, Esq.
Gary John Montana, Esq.
Randy Vern Thompson, Esq.
John L. Smeltzer, Esq.
Barry P. Hogan, Esq.
Deryl Edwards, Esq.

s25